UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---

Cierra Nicole Lecair-Groen,

          Plaintiff,

vs.

Kenneth, Eisen & Associates, Ltd.,

          Defendant.

Civil No. 12-cv-2202 (EFM/KMH)

STIPULATION TO VACATE
DEFAULT JUDGMENT
AND STIPULATION FOR
DISMISSAL WITH PREJUDICE

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, by their respective undersigned attorneys, that the Court may enter an Order vacating the clerk's entry of default (Docket No. 7).

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

LAW OFFICE OF J. MARK MEINHARDT

Dated: August 20, 2012

By /s/J. Mark Meinahrdt
    J. Mark Meinhardt (#20245)
    Attorney for Plaintiff
    9400 Reeds Road, Suite 210
    Overland Park, Kansas 66207
    T: 913-451-9797
    F: 913-451-6163
    mark@meinhardtlaw.com

BASSFORD REMELE
*A Professional Association*

Dated: August 20, 2012

By /s/Michael A. Klutho
    Michael A. Klutho (#186302)
    Attorneys for Defendant
    33 South Sixth Street, Suite 3800
    Minneapolis, Minnesota 55402-3707
    T: 612-333-3000
    F: 612-333-8829
    mklutho@bassford.com