## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

Cierra Nicole Lecair-Groen,                                    Civil No. 12-cv-2202 (EFM/KMH)

               Plaintiff,

vs.

Kenneth, Eisen & Associates, Ltd.,                    **ORDER TO VACATE**
                                                      **DEFAULT JUDGMENT AND**
               Defendant.        **FOR JUDGMENT OF**
                                                      **DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties the clerk will vacate the entry of default judgment (Docket No. 7) in the above-referenced matter.

      **IT IS FURTHER ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

                                 **BY THE COURT**

Dated:  September 12, 2012

                                   *Eric F. Melgren*

                                   The Honorable Eric F. Melgren
                                   Judge of United States District Court